IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JACQUELINE N. JOHNSON,                :

    Plaintiff,                    :

vs.                                   :        CA 07-0407-WS-C

PERFORMANCE CONTRACTORS,              :
INC.,
                                      :
    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 14, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this 14th day of May, 2008.

        s/WILLIAM H. STEELE
        UNITED STATES DISTRICT JUDGE