## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JACQUELINE N. JOHNSON,          :

      Plaintiff,          :

vs.          :          CA 07-0407-WS-C

PERFORMANCE CONTRACTORS,          :
INC.,
                             :

      Defendant.

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that defendant's motion for summary judgment or for

involuntary dismissal, as renewed (Doc. 30; *see also* Doc. 20), be **GRANTED** as a

sanction for plaintiff's willful failure to comply with this Court's order compelling

discovery and requiring a response to defendant's dispositive motion.

      **DONE** this 14th day of May, 2008.


                           s/WILLIAM H. STEELE
                           UNITED STATES DISTRICT JUDGE